UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steve Merchant

    v.                                  Civil No. 09-cv-412-SM

Northern NH Correctional Facility, Warden

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $.40 is due no later than January 15, 2010. In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the Northern NH Correctional Facility when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

                                            /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: December 11, 2009

cc:    Steve Merchant, *pro se*
        Bonnie S. Reed, Financial Administrator
        Northern NH Correctional Facility, Inmate Accounts