UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Steve Merchant</u>

                v.                Case No. 09-cv-412-SM

<u>Northern NH Correctional Facility, Warden</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge McCafferty dated July 12, 2010, no objection having been filed, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed.

SO ORDERED.

July 30, 2010

                                      _____
                                      Steven J. McAuliffe
                                      Chief Judge

cc:    Steven Merchant, pro se